**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01970-BNB

CHARLES RAMOS, JUNIOR,

     Plaintiff,

v.

WARDEN KEVIN MILYARD, CDOC,
CO NAIL, CDOC,
CO HARDY, CDOC,
CO HIGGINS, CDOC,
LIEUTENANT ZWORN, CDOC, and
DENNY OWENS, Hearings Officer, CDOC,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on the Motion to Proceed Without Payment of Monthly Fee submitted by Plaintiff on November 9, 2010. On September 16, 2010, Plaintiff was granted leave to proceed pursuant to 28 U.S.C. § 1915, and was directed to pay the appropriate monthly payments or to show cause why he had no assets and no means by which to pay the designated monthly payments. In order to show cause, Plaintiff must file a current certified copy of his trust fund account statement. The motion is DENIED because Plaintiff fails to present any documentation showing prison officials have refused to allow him to comply with the September 16 order.

Dated: November 12, 2010