IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01970-ZLW-BNB

CHARLES RAMOS, JUNIOR,

Plaintiff,

v.

WARDEN KEVIN MILYARD, CDOC;
CO NAIL, CDOC;
CO HARDY, CDOC;
CO HIGGINS, CDOC;
LIEUTENANT ZWORN, CDOC; and
DENNY OWENS, Hearings Officer, CDOC,

Defendants.
_____

**ORDER**
_____

This matter arises on a letter filed by the plaintiff [Doc. #29] (the "Letter"). The Letter is STRICKEN.

The Letter is addressed to "Mr. Langham." The plaintiff requests clarification of court forms. A request to the court cannot be made by letter; it must be made by motion. Fed. R. Civ. P. 7(b)(1). Motions (and all other papers filed in this court) must contain the caption of this case. Once the defendants have appeared, copies of motions and other papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b).

Service on other parties may be by mail. <u>Id.</u> Proof that service has been made is provided by a certificate of service. <u>Id.</u> at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. <u>Id.</u>

IT IS ORDERED that the Letter is STRICKEN.

Dated January 31, 2011.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge