IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-01970-ZLW-BNB

CHARLES RAMOS, JUNIOR,

    Plaintiff,

v.

WARDEN KEVIN MILYARD, CDOC,
CO NAIL, CDOC,
CO HARDY, CDOC,
CO HIGGINS, CDOC,
LIEUTENANT ZWORN, CDOC, and
DENNY OWENS, Hearings Officer, CDOC,

    Defendants.
_____

## ORDER
_____

The matter before the Court is a motion for temporary restraining order filed by Plaintiff (Doc. No. 31).  The motion was referred to Magistrate Judge Boyd N. Boland for recommendation pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C.COLO.LCivR 72.1C.  On February 16, 2011, the Magistrate Judge issued his Recommendation that the motion for temporary restraining order be denied.[1]  No party filed objections to the Recommendation.

---

[1] Doc. No. 34.

Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[2] Accordingly, it is

ORDERED that the motion for temporary restraining order (Doc. No. 31; Jan. 25, 2011) is denied.

DATED at Denver, Colorado, this 23rd day of March, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[2] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).