IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01970-CMA-BNB

CHARLES RAMOS, JUNIOR,

 Plaintiff,

v.

WARDEN KEVIN MILYARD, CDOC,
CO NAIL, CDOC,
CO HARDY, CDOC,
CO HIGGINS, CDOC,
LIEUTENANT ZWORN, CDOC, and
DENNY OWENS, Hearings Officer, CDOC,

 Defendants.

---

**ORDER ADOPTING AND AFFIRMING JUNE 7, 2011 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

  This matter is before the Court on Plaintiff's Motion for Immediate Injunctive Relief Through Change of Venue (Doc. # 37), filed February 28, 2011.  The motion was referred to Magistrate Judge Boyd N. Boland for a Recommendation by Order of Reference dated March 1, 2011.  Magistrate Judge Boland issued a Recommendation on June 7, 2011 that the above-referenced motion be denied.  (Recommendation, Doc. # 51, at 4.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

  The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.

(Recommendation at 5.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, the Court is satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record.  *See* Fed.R.Civ.P. 72(a).  The Court agrees that the above-referenced Motion for Immediate Injunctive Relief Through Change of Venue should be denied.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 51), filed June 7, 2011, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for Immediate injunctive Relief Through Change of Venue (Doc. # 37), filed February 28, 2011, is DENIED.

DATED:  June   29  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge