IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01970-CMA-BNB

CHARLES RAMOS, JUNIOR,

    Plaintiff,

v.

WARDEN KEVIN MILYARD, CDOC,
CO NAIL, CDOC,
CO HARDY, CDOC,
CO HIGGINS, CDOC,
LIEUTENANT ZWORN, CDOC, and
DENNY OWENS, Hearings Officer, CDOC,

    Defendants.

## ORDER ADOPTING AND AFFIRMING JULY 11, 2011 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed on July 11, 2011, (Doc. # 54). The Magistrate Judge recommends that Plaintiff Charles Ramos, Junior's Complaint be dismissed without prejudice pursuant to D.C.COLO.LCivR 41.1 for Plaintiff's failure to make monthly payments of twenty percent of his preceding month's income until his filing fee was paid in full, or show cause each month that he has no assets with which to make the monthly payment. (*See* Recommendation of United States Magistrate Judge, Doc. # 54.) Plaintiff has not filed any specific written objections to the Magistrate Judge's

recommendation. The Court finds that the Magistrate Judge's recommendation is correct and should be accepted. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that the Complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

DATED: August __04__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge